## Commonwealth v. Shields, Appellant.

Submitted April 10, 1967. *Dennis Shields,* appellant, in propria persona; *Harry*

*A. Heilman, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.